1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA McCOY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commissioner of Social Security | : | NO. 12-4115 |

### ORDER

AND NOW, this 5th day of JUNE, 2014, upon consideration of Plaintiff's Motion for Summary Judgment Or, In the Alternative, Motion for Remand, Defendant's response thereto, Plaintiff's reply and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's Motion for Summary Judgment Or, in the Alternative, Motion for Remand [Document 8] is DENIED.

3. JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, AND AGAINST PLAINTIFF SANDRA McCOY, AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY.

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.